# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   Case No. 6:22-mj-1691

MARQUES MALONE

AUSA: Shawn Napier
Defense Attorney: Karla Reyes, Federal Public Defender

| JUDGE: | **DANIEL C. IRICK** United States Magistrate Judge | DATE AND TIME: | **July 7, 2022** 4:30-4:40PM 10 minutes |
|---|---|---|---|
| Courtroom: | 5C | | |
| DEPUTY CLERK: | N. Rodriguez | TAPE: | Digital: Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/ PROB: | Charles Sweatt |

### CLERK'S MINUTES
### INITIAL APPEARANCE (RULE 5C-SUPERIOR COURT OF D.C.)

Case called, appearances made, procedural setting by the Court.
No issue as to competency.
Court advises defendant of his rights.
Government summarized the charges and advised of the potential penalties.
Government makes ore tenus motion for detention.
Defendant requests detention hearing.
Detention hearing set for 7/8/22.
Court advises counsel to obtain further information and advise the Court whether any further proceedings are governed under Federal Rule of Criminal Procedure 5 or 40.
No issue as to identity or production of warrant.
Defendant is remanded into U.S. Marshal custody pending further proceedings.
Court adjourned.